**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Cedric BINION, Defendant–Appellant.**

No. 10–50050
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Sept. 23, 2010.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Philip J. Lynch, Assistant Federal Public Defender, Henry Joseph Bemporad, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before JOLLY, GARZA, and STEWART, Circuit Judges.

PER CURIAM: *

Following a bench trial on stipulated facts, Cedric Binion was convicted of one charge of failing to register as a sex offender and was sentenced to serve 30 months in prison. We are now presented with Binion's challenge to this conviction. His first argument is that the evidence adduced at trial was insufficient to convict him of knowingly failing to register in accordance with Sex Offender Registration and Notification Act. This argument is substantially similar to others that we have rejected in the past and is unavailing. *See United States v. Whaley,* 577 F.3d 254, 262 and n. 6 (5th Cir.2009); *see also United States v. Heth,* 596 F.3d 255, 258 (5th Cir.2010). Binion's Commerce Clause and Due Process arguments are, as he concedes, foreclosed. *See Heth,* 596 F.3d at 259–60; *Whaley,* 577 F.3d at 258–62. The judgment of the district court is AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.